STANLEY WICKS v. CENTRAL RAILROAD
COMPANY OF NEW JERSEY.

HERBERT HUBER *ET AL.* v. CENTRAL RAILROAD
COMPANY OF NEW JERSEY.

March 14, 1972. Petition for certification granted.